Justin X. Wang (CSB 166183)
Trent Goulding (CSB 226245)
BAUGHMAN & WANG
111 Pine Street, Suite 1225
San Francisco, CA 94111
Tel: (415) 576-9923
Fax: (415) 576-9929
trent@lawbw.com

Attorneys for Plaintiff
Mikit, Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Mikit, Ltd. | ) | **Case No.:** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT** |
| World Wine Bottles, LLC, dba World Wine Bottles & Packaging, | ) | |
| Defendant. | ) | |

Comes now plaintiff Mikit, Ltd. ("Mikit"), brings this Complaint against defendant World Wine Bottles, LLC ("WWB") for breach of contract, money due on goods sold and delivered, and unjust enrichment, and alleges as follows:

<u>Parties</u>

1.  Plaintiff Mikit, Ltd. is a corporation duly organized and existing under the laws of Hong Kong. Mikit is a glass bottle wholesaler, providing a variety of glass bottles produced in China for export. Its business address is Unit 6A, 22/F, Far East Consortium Building, 121 Des Voeux Road Central, Hong Kong.

2. Defendant World Wine Bottles, LLC, dba World Wine Bottles & Packaging, is a limited liability corporation duly organized and existing under the laws of the State of California. On its website located at worldwinebottles.com, WWB describes itself as being in the business of assisting its client wineries to "establish brand separation" through the "selection of bottles to differentiate from the market clutter." WWB's business address is located at 1370 Trancas St., Suite 411, Napa, California.

### Jurisdiction

3. Subject matter jurisdiction in this case is proper under 28 USC §1332(a)(2), in that plaintiff is a citizen of a foreign state, while defendant is a citizen of California, and the amount in controversy, exclusive of interests and costs, exceeds $75,000. This court has personal jurisdiction over defendant in that its principal place of business in located in Napa, California.

### Intradistrict Assignment

4. Pursuant to Local Rule 3-2(c), this action should be assigned to the San Francisco or Oakland division, because a substantial part of the events or omissions giving rise to the action occurred in Napa County.

### Venue

5. Venue is proper in this court, pursuant to 28 USC §1391(b), in that defendant WWB resides within the bounds of the Northern District of California, and a substantial part of the events and omissions giving rise to this action occurred within this district.

### Facts

6. Plaintiff Mikit is an exporter of glass bottles. In or around February 2013,

COMPLAINT                                           2

discussions commenced between plaintiff's affiliate Ivict Glass, Inc. and defendant WWB regarding order and shipment of various styles of wine bottles from point of production in China to the U.S.

7. Defendant WWB subsequently ordered several shipments of glass bottles. In fulfillment of these orders, plaintiff arranged a total of seven separate shipments of glass bottles to be made from Qingdao, China to Oakland, California, and in one case, to Newark, New Jersey. Each of these shipments of goods ordered was received by defendant.

8. In connection with these shipments, beginning on April 22, 2013 and continuing through June 4, 2013, plaintiff issued invoices 2012IVT-0021, 2012IVT-0022, 2012IVT-0024, 2012IVT-0025, 2012IVT-0026, 2012IVT-0027, and 2012IVT-0030. The total amount due on these invoices was $313,867.92.

9. Defendant has made deposits on the above invoices in the total amount of $137,040.00. A total of $176,827.92 remains due and outstanding on the invoices.

10. Plaintiff has made numerous attempts to collect the remaining balance due on its invoices. Defendant has failed, refused, and continues to refuse to pay the balance due.

Count 1

**Breach of Contract**

11. Plaintiff incorporates in this count the allegations of paragraphs 1 through 10 of this Complaint, and by this reference makes them a part hereof.

12. Plaintiff agreed to ship certain varieties and quantities of glass bottles, as reflected in the above-designated invoices, to defendant, and defendant agreed to pay for the goods received, as reflected in the above-designated invoices.

13. Plaintiff has fulfilled its obligations under the agreement by causing the agreed variety and quantity of glass bottles to be delivered to defendant's possession. Defendant has breached its obligation under the agreement by failing and refusing to pay the balance due for the goods it has received from plaintiff.

14. As a result of defendant's breach of its agreement with plaintiff, plaintiff has incurred damages in the amount of $176,827.92, plus pre-judgment interest and costs of suit.

## Count 2

### Common Count—Goods Sold & Delivered

15. Plaintiff incorporates in this count the allegations of paragraphs 1 through 14 of this Complaint, and by this reference makes them a part hereof.

16. Defendant requested that plaintiff provide a certain variety and quantity of glass bottles to it. Plaintiff thereafter provided to defendant the requested variety and quantity of glass bottles.

17. As a result of the goods delivered by plaintiff to defendant, defendant has become indebted to plaintiff in the outstanding amount of $176,827.92, which amount defendant has refused, and continues to refuse to pay.

## Count 3

### Unjust Enrichment

18. Plaintiff incorporates in this count the allegations of paragraphs 1 through 17 of this Complaint, and by this reference makes them a part hereof.

19. Plaintiff has provided tangible goods in the form of seven shipments of glass bottles to defendant. Defendant has refused to pay in full to plaintiff the value of these goods.

20. Defendant has been unjustly enriched by receipt of these goods, to plaintiff's detriment.

21. Defendant has failed, refused, and continues to refuse to pay the balance due and owing to plaintiff, resulting in damages to plaintiff of $176,827.92 plus interest and costs of suit.

PRAYER

WHEREFORE, in light of the foregoing, plaintiff prays that judgment be entered in its favor and against defendant as follows:

1. For compensatory damages in the amount of $176,827.92;

2. For pre-judgment interest, in an amount according to proof;

3. For costs of suit incurred herein, and;

4. For such other and further relief as the court shall find proper and just.

Dated: June 24, 2014            Respectfully submitted,

_____/s/_____
Trent Goulding
Baughman & Wang
Attorney for plaintiff Mikit, Ltd.